UNITED STATES DISTRICT COURT
for the
EASTERN DISTRICT OF CALIFORNIA

CITATION/CASE NO. 6:09-mj-0012-YNP

U.S.A.
v.

Eric Meister

**JUDGMENT and ORDER TO PAY**

SOCIAL SECURITY #: _____
DATE of BIRTH: _____
DRIVER'S LICENSE #: _____
ADDRESS: _____
      City      State      Zip Code

I UNDERSTAND THAT IF I MOVE PRIOR TO PAYING ANY FINE, RESTITUTION, PENALTY ASSESSMENT or PROCESSING FEE IN THIS CASE, I MUST NOTIFY THE UNITED STATES ATTORNEY IN WRITING WITHIN SIXTY (60) DAYS OF ANY CHANGE IN MY RESIDENCE ADDRESS OR MAILING ADDRESS. **NOTE: FAILURE TO PAY COULD RESULT IN A WARRANT BEING ISSUED OR AN ABSTRACT AGAINST MY DRIVER'S LICENSE OR VEHICLE BEING ISSUED.**

*I CERTIFY THAT ALL OF THE ABOVE INFORMATION IS TRUE and CORRECT*

DATE: _____
      Defendant's Signature

**YOU ARE HEREBY ORDERED TO PAY/COMPLY WITH THE FOLLOWING:**

(✓) FINE of $ 1190.00    (✓) Penalty ASSESSMENT of $ 10.00

( ) PROCESSING Fee of $ _____    for a **TOTAL AMOUNT** of $ 1200.00 ,

paid within _____ ~~days/months~~  OR payments of $ 100.00 per month, commencing

8/14/2009 and due on the 15 of each month until **PAID IN FULL** - note late payments could be subject to late/delinquent charges imposed by C.V.B..

( ) REVIEW/Post Sentencing HEARING DATE: _____ at _____ a.m. / p.m. in Dept. _____
( ) Compliance HEARING: : _____ at _____ a.m. / p.m. in Dept. _____
( ) RESTITUTION _____
( ) COMMUNITY SERVICE _____ with fees not to exceed $ _____
to be completed by _____ with Proof mailed to the Clerk of the Court.
( ) Traffic School By: _____ with Proof mailed to _____
(✓) PROBATION to be unsupervised / supervised for: Unsupervised probation for 12 months. Terms and conditions:
Obey all laws, defendant shall contact U.S. Probation in Fresno. Serve 2 days custody with credit for 2 days served.
Do not operate motor vehicle unless properly licensed, registered and insured. Do not operate motor vehicle with any detectable amount of alcohol in system. Defendant shall not refuse alcohol test if requested by officer.
Payments **must be made by Check or Money Order, payable to: Clerk, U.S.D.C. and mailed to (check one):**

☐ CENTRAL VIOLATIONS BUREAU
PO Box 70939
Charlotte, NC 28272-0939
1-800-827-2982

☐ CLERK, U.S.D.C.
501 'I' St., #4-200
Sacramento, CA 95814

☑ CLERK, U.S.D.C.
2500 Tulare St., Rm 1501
Fresno, CA 93721

Your check or money order must indicate **your name and citation/case number** shown above to ensure your account is credited for payment received.

DATED: 7/28/2009    /s/Laurie C. Yu
      for: U.S. MAGISTRATE JUDGE

EDCA - Rev 4/2007